Minute Order Form (06/97)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 8037 | **DATE** | 6/17/2003 |
| **CASE TITLE** | Bruce J. Barker vs. Oglebay Norton Company etc. et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. This case involves a dispute arising from an employment relationship in the Northern District of Ohio. Defendant moves to transfer the case there, and the motion is granted.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Document Number |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | JUN 18 2003 | |
| | Notified counsel by telephone. | date docketed | |
| ✓ | Docketing to mail notices. | | 27 |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | |
| WAH | courtroom deputy's initials | U.S. DISTRICT COURT CLERK  03 JUN 17 PM 1:53  Date/time received in central Clerk's Office | date mailed notice  mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRUCE J. BARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 02 C 8037 |
| | ) | |
| OGLEBAY NORTON COMPANY, an Ohio corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DOCKETED
JUN 1 8 2003

## MEMORANDUM OPINION AND ORDER

This case involves a dispute arising from an employment relationship in the Northern District of Ohio. Defendant moves to transfer the case there, and the motion is granted.

The only Illinois contact is that plaintiff now lives here. Otherwise, all the witnesses, several of whom are no longer employed by defendant, reside in Ohio, and Ohio law controls. Indeed, if the litigation remained here counsel would have to travel to Ohio for depositions and the witnesses would be heard at trial by deposition, unless they voluntarily chose to come here. And one has already indicated an unwillingness to do so. The convenience of the parties and witnesses, and the interests of justice, dictate that the case be transferred.

JAMES B. MORAN
Senior Judge, U. S. District Court

June 17, 2003.